KOERNER ET AL. *v.* BALDWIN.

APPEAL.—*Supreme Court.*—*Notice.*—Where part of several co-parties appeal to the Supreme Court; but do not serve notice of appeal upon all the other co-parties, and file proof thereof with the clerk of the Supreme Court, the appeal will be dismissed by said court.

APPEAL from the Marion Superior Court.

DOWNEY, J.—This appeal is taken and the errors assigned by only a part of the judgment defendants, without a compliance with section 551, 2 G. & H. 270, and for that reason must be dismissed. *Kirby* v. *Holmes,* 6 Ind. 33.

Appeal dismissed, with costs.

*W. W. Leathers, R. H. Hall,* and *A. Seidensticker,* for appellants.

*C. H. Test, D. V. Burns,* and *G. S. Wright,* for appellee.